Ognian Gavrilov, State Bar No. 258583
**GAVRILOV & BROOKS**
2315 Capitol Avenue
Sacramento, CA 95816
Telephone: (916) 504-0529
Facsimile: (916) 727-6877
Email: Info@GavrilovLaw.com

Attorneys for Defendant and Counter-Claimant:
SUSANNE MARIE MCGREW

Timothy A. Charshaf, Esq., SBN 139873
**LAW OFFICE OF TIMOTHY A. CHARSHAF, A.P.C.**
5176 Hillsdale Circle, Suite 100
El Dorado Hills, California 95726
Telephone: (916) 933-2174
Facsimile: (916) 251-2902

Attorneys for Plaintiff and Counter-Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ANDREW FURIA, an individual,<br><br>　　Plaintiff,<br><br>　v.<br><br>SUSANNE MARIE MCGREW, an individual; LAURIE HIRSCH, an individual; PYRHYDRO, LLC, a Nevada corporation; WELLS FARGO BANK, NATIONAL ASSOCIATION; BANK OF AMERICA, NATIONAL ASSOCIATION and DOES 1 through 50, inclusive,<br><br>　　Defendants.<br><br>SUSANNE MARIE MCGREW, an individual,<br><br>　　Counter-Claimant, | Case No. 2:19-cv-00942-JAM-KJN<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER THEREON**<br><br>(FRCP Rule 41(a)(1)(A)(ii)) |

v.

ANDREW FURIA, an individual, and
ROES 1 through 25,

    Counter-Defendant.

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff and Counter-Defendant ANDREW FURIA and Defendant and Counter-Claimant SUSANNE MARIE MCGREW, by and through undersigned counsel, hereby stipulate as follows:

1. Plaintiff, ANDREW FURIA, hereby dismisses Defendant, SUSANNE MARIE MCGREW with prejudice in the above action.
2. Counter-Claimant, SUSANNE MARIE MCGREW's Counter-Claim and all claims asserted therein be dismissed with prejudice.
3. Each party shall bear their own attorney fees, costs, and expenses.

Dated: November 6, 2019                     **GAVRILOV & BROOKS**

                                      By:    */s/ Ognian Gavrilov*

                                        Ognian Gavrilov
                                        Attorney for Defendant/Counter-Claimant
                                        SUSANNE MARIE MCGREW

Dated: November 6, 2019                     **LAW OFFICE OF TIMOTHY A. CHARSHAF, A.P.C.**

                                      By:    */s/ Timothy Charshaf*

                                        Timothy Charshaf
                                        Attorney for Plaintiff/Counter-Defendant
                                        ANDREW FURIA

## **ORDER**

Based upon the Joint Stipulation of the parties, and good cause appearing therefore, SUSANNE MARIE MCGREW is hereby dismissed as Defendant, and the Counter-Claim filed against ANDREW FURIA is hereby dismissed with prejudice, with each party bearing its own attorney fees, costs, and expenses.

**IT IS SO ORDERED**

DATED: 11/8/2019          /s/ John A. Mendez            _
                          U. S. District Court Judge