Shab D. Kerendian, Esq., State Bar No. 183057
shab@kalawcorp.com
Tom N. Tran, Esq., State Bar No. 197989
tom@kalawcorp.com
KERENDIAN & ASSOCIATES, INC.
11755 Wilshire Blvd., 15th Floor
Los Angeles, California 90025
Phone: (310) 914-4143
Fax: (310) 914-5441
Counsel for Defendant, Counterclaimant,
and Cross-claimant, Laurie Hirsch

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW FURIA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SUSANNE MARIE MCGREW, an individual; LAURIE HIRSCH, an individual; PURHYDRO, LLC, a Nevada corporation; WELLS FARGO BANK, NATIONAL ASSOCIATION; BANK OF AMERICA, NATIONAL ASSOCIATION; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and DOES 1 through 50, inclusive,<br><br>Defendants.<br><br>AND RELATED ACTIONS. | **Case No. 2:19–CV–00942–JAM–KJN**<br><br>**STIPULATION AND ORDER FOR PARTIAL RELEASE OF FUNDS ON DEPOSIT WITH THE COURT**<br><br>Action Filed: April 10, 2019<br>Trial Date: Not Set |

## **STIPULATION**

Plaintiff, counter-defendant, and cross-defendant, Andrew Furia ("Furia"), defendant, counterclaimant, and cross-claimant, Laurie Hirsch ("Hirsch"), defendant, counterclaimant, and cross-claimant Wells Fargo Bank, N.A. ("Wells Fargo"), defendant, counterclaimant, and cross-claimant Bank of America, N.A. ("BofA") (collectively, "Parties") by and through their respective counsel of record,

hereby enter into the stipulation below with reference to the following facts and request that the Court enter an order in conformance with the stipulation:

WHEREAS, on May 1, 2019, Furia filed a verified first amended complaint ("FAC") in California state court against, among others, Susanne Marie McGrew and Hirsch in an effort to recover certain funds in the amount of $324,918.27, which Furia claims belong to him.  The FAC asserted causes of action for conversion, civil conspiracy and RICO civil conspiracy;

WHEREAS, on May 23, 2019, McGrew removed Furia's action to this federal court and thereafter, on June 6, 2019, filed a verified answer and counterclaims against Furia in response to Furia's FAC;

WHEREAS, on Nov. 8, 2019, the Court granted a stipulation and order that dismissed Susanne Marie McGrew as defendant and dismissed with prejudice her counter-claims against Furia;

WHEREAS, on June 6, 2019, Hirsch filed a verified answer and thereafter, as a result of motion practice, on Dec. 20, 2019, filed her verified first amended answer with additional affirmative defenses, counterclaims and crossclaims against Furia and McGrew (collectively, "First Amended Answer").  A corrected version of Hirsch's First Amended Answer was filed on Dec. 30, 2019;

WHEREAS, through motion practice, Wells Fargo and Bank of America intervened in Furia's action and, on Dec. 4, 2019, filed interpleader complaints to deposit certain funds at issue into the Court.  As a result of the interpleader complaints and further motion practice, on January 2, 2020, Wells Fargo deposited $20,049.27 and BofA deposited $203,364.69 into the registry of this Court for a total of $223,413.96;

WHEREAS, on Dec. 7, 2019, Hirsch filed her answer along with cross-claims against Furia and McGrew in response to Wells Fargo and BofA's interpleader complaints;

WHEREAS, on May 6, 2020, BofA and Wells Fargo each filed motions for discharge from liability, attorneys' fees and costs, through which BofA seeks reimbursement for its fees in the amount of $21,256.50 and its costs in the amount of $26.18, and Wells Fargo seeks reimbursement for its fees in the amount of $20,728.00 and its costs in the amount of $41.08 (the "Fees Motions").  Collectively, BofA and Wells Fargo are seeking $42,051.76 in combined fees and costs, and these Fees Motions are contested and currently under submission;

WHEREAS, now, as part of a "meet and confer" process between BofA, Wells Fargo, Furia, and Hirsch as to the disputed funds, the Parties have agreed to an immediate release to Furia of all but $50,338.23 of the funds on deposit in the Court's registry relating to the above-captioned matter.

WHEREAS, of this $50,338.23, Hirsch claims that $8,286.47 of the $50,338.23 was her sole property at the time her bank account(s) were frozen, and Plaintiff disputes this claim.

WHEREAS, the Parties agree that $8,286.47 shall remain on deposit and shall be released according to the Court's final determination after full adjudication of Furia and Hirsch's claims in this action.  The parties reserve their rights to all other claims asserted in their respective pleadings.

WHEREAS, of this $50,338.23, Wells Fargo and BofA, through their Fees Motions, are seeking reimbursement of their respective attorneys' fees and costs in the combined amount of $42,051.76, and Plaintiff and Hirsch oppose the Fees Motions.

WHEREAS, the Parties agree that $42,051.76 shall remain on deposit pending the Court's Order(s) on the Fees Motions, and this Stipulation and Order will in no way prejudice any party's position as to the pending Fees Motions, including, but not limited to, Furia's request for stay of any fee award raised in his opposition thereto

WHEREAS, BofA and Wells Fargo shall be entitled to whatever fees and costs that may be awarded and, if awarded, paid to them at a time designated by the Court pursuant to its Order(s) on the Fees Motions.

WHEREAS, any difference between the combined amount that Wells Fargo and BofA are seeking through their Fees Motions, to wit, $42,051.76, and the combined amount that the Court may award them in its Order(s) on the Fees Motions, shall be immediately released to Furia upon said Order(s).

THEREFORE, BofA, Wells Fargo, Furia, and Hirsch, by and through their undersigned counsel of record, hereby stipulate, agree, and request that the Court order that:

1. All of the funds on deposit with the Court registry, less $50,338.23 (such sum representing the amount claimed by Hirsch and the amounts sought by Wells Fargo and Bank of America in their Fees Motions) shall be immediately released to Furia;

2. Of the remaining $50,338.23 on deposit with the Court registry, $8,286.47 shall be set aside and shall remain on deposit, to be released according to the Court's final determination after full adjudication of Furia and Hirsch's claims in this action;

3. Of the $42,051.76 requested by Wells Fargo and Bank of America through their pending Fees Motions, any amount that is not awarded to Wells Fargo or Bank of America in the Court's Order(s) on the pending Fees Motions shall be immediately released to Furia from the Court's registry upon said Order(s).

IT IS SO STIPULATED.

Dated:  June 11, 2020

 /s/ Timothy A. Charshaf, Esq.

_____
Timothy A. Charshaf, Esq.,
Counsel for Plaintiff, Counter-
Defendant, and Cross-Defendant,
Andrew Furia.

Dated:  June 11, 2020

 /s/ Samuel R. Melamed, Esq.

_____
Samuel R. Melamed, Esq.,
Counsel for Bank of America, NA and
Wells Fargo Bank.

Dated:  June 11, 2020


___/s/_____
Susanne McGrew

Dated:  June 11, 2020

Kerendian & Associates, Inc.,

/s/ Tom N. Tran, Esq.
By:   Shab D. Kerendian, Esq.,
         Tom N. Tran, Esq.
Counsel for Defendant,
Counterclaimant, and Cross-Claimant,
Laurie Hirsch.

# **ORDER**

Pursuant to the foregoing Stipulation, it is hereby ORDERED that:

1. All of the funds on deposit with the Court registry, less $50,338.23 (such sum representing the amount claimed by Hirsch and the amounts sought by Wells Fargo and Bank of America in their Fees Motions) shall be immediately released to Furia;

2. Of the remaining $50,338.23 on deposit with the Court registry, $8,286.47 shall be set aside and shall remain on deposit, to be released according to the Court's final determination after full adjudication of Furia and Hirsch's claims in this action;

3. Of the $42,051.76 requested by Wells Fargo and Bank of America through their pending Fees Motions, any amount that is not awarded to Wells Fargo or Bank of America in the Court's Order(s) on the pending Fees Motions shall be immediately released to Furia from the Court's registry upon said Order(s).

IT IS SO ORDERED.

Date:   June 15, 2020            /s/ John A. Mendez_____
                                 U.S. District Court Judge