UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW FURIA, | No. 2:19-cv-942-JAM-KJN |
| Plaintiff, | ORDER |
| v. | (ECF No. 113, 122) |
| SUSANNE MARIE MCGREW, et al., | |
| Defendants. | |

On July 10, 2020 the magistrate judge filed findings and recommendations (ECF No. 122), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections were filed. Accordingly, the court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 122) are ADOPTED IN FULL;
2. Plaintiff's Motion for Default Judgment (ECF No. 113) is GRANTED; and

1

3. Plaintiff is awarded final judgment against defendant PurHydro in the amount of $100,000 plus pre-judgment interest at 7 percent annum starting April 26, 2019 through the date of this order.

DATED:  August 10, 2020

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE