UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO BRANCH

| | |
|---|---|
| ANDREW FURIA, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>SUSANNE MARIE MCGREW, an individual; LAURIE HIRSCH, an Individual; PURHYDRO, LLC, a Nevada corporation; WELLS FARGO BANK, NATIONAL ASSOCIATION; BANK OF AMERICA, NATIONAL ASSOCIATION; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION and DOES 1 through 50, inclusive,<br><br>    Defendants.<br>_____<br><br>AND RELATED COUNTERCLAIM AND CROSSCLAIMS | CASE NO.: 2:19-CV-00942-JAM-KJN<br><br>DEFAULT JUDGMENT |

The defendant PurHydro, LLC, having failed to appear or otherwise defend in this action, and Clerk's Entry of Default having been entered upon application of plaintiff, Andrew Furia, on July 23, 2019 (ECF No. 11) pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that this Court has entered its Order for default judgment in favor of plaintiff Andrew Furia against defendant PurHydro, LLC on

August 10, 2020 (ECF No. 124) pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, it is hereby

ORDERED, ADJUDGED, and DECREED that plaintiff Andrew Furia, recover the sum of $100,000.00 plus prejudgment interest at 7 percent per annum starting April 26, 2019 through August 10, 2020.

This default judgment is entered by the Court in accordance with Rule 55(b)(2) of the Federal Rules of Civil Procedure.

DATED: October 9, 2020   /s/ John A. Mendez
                          THE HONORABLE JOHN A. MENDEZ
                          UNITED STATES DISTRICT COURT JUDGE