Timothy A. Charshaf, Esq. (CA SBN 139873)
Law Office of Timothy A. Charshaf, A P.C.
1180 Iron Point Road, Suite 350
Folsom, California 95630
Telephone: (530) 903-4255
Facsimile: (916) 251-2902

Attorney for Plaintiff
And Counter-defendant
ANDREW FURIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO BRANCH

| | |
|---|---|
| ANDREW FURIA, an individual,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>SUSANNE MARIE MCGREW, an individual; LAURIE HIRSCH, an Individual; PURHYDRO, LLC, a Nevada corporation; WELLS FARGO BANK, NATIONAL ASSOCIATION; BANK OF AMERICA, NATIONAL ASSOCIATION; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION and DOES 1 through 50, inclusive,<br><br>　　Defendants.<br>_____<br><br>AND RELATED COUNTERCLAIM AND CROSSCLAIMS | CASE NO.: 2:19-CV-00942-JAM-KJN<br><br>STIPULATION AND ORDER RELEASING TRO AND COMPELLING JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, TO RELEASE FUNDS TO PLAINTIFF ANDREW FURIA |

Page 1
STIPULATION AND ORDER RELEASING TRO AND COMPELLING JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION, TO RELEASE FUNDS TO PLAINTIFF ANDREW FURIA

**STIPULATION**

Plaintiff, counter-defendant, and cross-defendant, Andrew Furia ("Furia"),defendant, counterclaimant, and cross-claimant, Laurie Hirsch ("Hirsch") (collectively, "Parties"), by and through their respective counsel of record, hereby enter into the stipulation below with reference to the following facts and request that the Court enter an order in conformance with the stipulation:

WHEREAS, on May 1, 2019, Furia filed a verified first amended complaint ("FAC") in California state court against, among others, PurHydro, LLC, Susanne Marie McGrew and Hirsch in an effort to recover certain funds in the amount of $324,918.27, which Furia claims belong to him. The FAC asserted causes of action for temporary restraining orders, preliminary and permanent injunction, conversion, civil conspiracy, and civil RICO. (ECF-1, pp. 16-29.)

Also, on May 1, 2019, Plaintiff simultaneously filed his fifth ex parte application for a temporary restraining order in which the state court issued a TRO compelling JPMorgan Chase Bank, National Association ("Chase Bank") to freeze any account held at Chase Bank which contained any portion of the $100,000.00 cashier's check drawn on Bank America, Check No. 0785010708 deposited by PurHydro, LLC,

into its Chase Bank account on or about April 25 or 26, 2019. (ECF-1, pp. 182-184.);

WHEREAS, on May 23, 2019, McGrew removed Furia's action to this federal court and thereafter, on June 6, 2019, filed a verified answer and counterclaims against Furia in response to Furia's FAC (ECF-1);

WHEREAS, on July 23, 2019, defendants Wells Fargo Bank, NA, Bank of America, NA and JP Morgan Chase Bank pursuant to Amended Notice of Voluntary Dismissal, were dismissed pursuant to Clerk's Notice of Dismissal (ECF-10);

WHEREAS, on July 22, 2020, defendant, counterclaimant, and cross-claimant Wells Fargo Bank, N.A., and defendant, counterclaimant, and cross-claimant Bank of America, N.A. were discharged from this case pursuant to court order (ECF-123);

WHEREAS, on August 10, 2020, this Court granted Furia's motion for default judgment against PurHydro, LLC in the amount of $100,000.00, plus pre-judgment interest at 7 percent annum starting April 26, 2019 through the date of the order (ECF-124);

WHEREAS, on or about August 27, 2020, Furia delivered to Chase Bank a certified copy of this Court's August 11, 2020 order granting default judgment against PurHydro, LLC

and requesting the release of $100,000.00, plus pre-judgment interest at 7 percent annum starting April 26, 2019;

WHEREAS, on September 16, 2020, Chase bank notified Furia's counsel that it would not release any portion of the frozen funds absent a court order directing it to do so due to the state court issued TRO;

WHEREAS, on September 23, 2020, clerk's entry of default of Susanne McGrew's default was entered (ECF-127);

WHEREAS, on October 9, 2020, default judgment was entered against PurHydro, LLC.

THEREFORE, Furia and Hirsch, the remaining parties, by and through their undersigned counsel of record, hereby stipulate, agree, and request the Court order that:

The state court TRO issued on May 2, 2020 ordering Chase Bank to freeze all funds up to $100,000.00 held in PurHydro, LLC's Chase Bank account be terminated;

And, all of the funds frozen in PurHydro, LLC's Chase Bank account up to $100,000.00, plus pre-judgment interest at 7 percent annum starting April 26, 2019 through August 10, 2020 be immediately released to Furia.

**IT IS SO STIPULATED.**

Dated: October 12, 2020        Law Office of Timothy A.
                               Charshaf, A P.C.

                               /s/ Timothy A. Charshaf, Esq.

Page 4
STIPULATION AND ORDER RELEASING TRO AND COMPELLING JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION, TO RELEASE FUNDS TO PLAINTIFF ANDREW FURIA

```
                                Timothy A. Charshaf, Esq.
                                Attorney for Plaintiff, Counter-
                                Defendant, and Cross-Defendant,
                                Andrew Furia


Dated: October 12, 2020         Kerendian & Associates, Inc.,

                                /s/ Tom N. Tran, Esq._____
                                Tom N. Tran, Esq.
                                Counsel for Defendant,
                                Counterclaimant, and Cross-
                                Claimant, Laurie Hirsch.
```

                                                    Page 5
STIPULATION AND ORDER RELEASING TRO AND COMPELLING JPMORGAN CHASE BANK,
     NATIONAL ASSOCIATION, TO RELEASE FUNDS TO PLAINTIFF ANDREW FURIA

**ORDER**

Pursuant to the foregoing Stipulation, it is hereby ORDERED that:

The state court issued TRO on or about May 2, 2020 ordering JPMorgan Chase Bank, National Association ("Chase Bank") to freeze all funds up to $100,000.00 deposited into PurHydro, LLC's Chase Bank account be terminated, and

Chase Bank shall immediately release to Plaintiff Andrew Furia all sums frozen in said Chase Bank Account up to $100,000.00, plus pre-judgment interest at 7 percent annum starting on April 26, 2019 through August 10, 2020.

IT IS SO ORDERED.

DATED: October 16, 2020              /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     U.S. DISTRICT COURT JUDGE