1  Timothy A. Charshaf, Esq. (CA SBN 139873)
   Law Office of Timothy A. Charshaf, A P.C.
2  950 Iron Point Road, Suite 210
   Folsom, California 95630
3  Telephone: (530) 903-4255
   Facsimile: (916) 251-2902
4
5  Attorney for Plaintiff
   And Counter-defendant
6  ANDREW FURIA

7                 UNITED STATES DISTRICT COURT
8            FOR THE EASTERN DISTRICT OF CALIFORNIA
                     SACRAMENTO BRANCH
9
   ANDREW FURIA, an individual,   CASE NO.: 2:19-CV-00942-JAM-KJN
10
        Plaintiff,                **AMENDED STIPULATION AND ORDER
11                                 RELEASING FUNDS TO PLAINTIFF
                                   ANDREW FURIA**
12      vs.

13 SUSANNE MARIE MCGREW, an
   individual; LAURIE HIRSCH,
14 an Individual; PURHYDRO,
   LLC, a Nevada corporation;
15 WELLS FARGO BANK, NATIONAL
   ASSOCIATION; BANK OF
16 AMERICA, NATIONAL
   ASSOCIATION; JPMORGAN CHASE
17 BANK, NATIONAL ASSOCIATION
   and DOES 1 through 50,
18 inclusive,

19
        Defendants.
20 _____
21
   AND RELATED COUNTERCLAIM AND
22 CROSSCLAIMS

23
24                      STIPULATION

25      Plaintiff, counter-defendant, and cross-defendant, Andrew

26 Furia ("Furia"),defendant, counterclaimant, and cross-claimant,

27                                              Page 1
      AMENDED STIPULATION AND ORDER RELEASING TO RELEASE FUNDS TO PLAINTIFF
28                                                        ANDREW FURIA

   07685.2241/15874020.1

1   Laurie Hirsch ("Hirsch"), defendant, counterclaimant, and cross-
2   claimant Wells Fargo Bank, N.A. ("Wells Fargo"), defendant,
3   counterclaimant, and cross-claimant Bank of America, N.A.
4   ("BofA") (collectively, "Parties") by and through their
5   respective counsel of record, hereby enter into the stipulation
6   below with reference to the following facts and request that the
7   Court enter an order in conformance with the stipulation:

8       WHEREAS, on May 1, 2019, Furia filed a verified first
9   amended complaint ("FAC") in California state court against,
10  among others, Susanne Marie McGrew and Hirsch in an effort to
11  recover certain funds in the amount of $324,918.27, which Furia
12  claims belong to him;

13      WHEREAS, on May 23, 2019, McGrew removed Furia's action to
14  this federal court and thereafter, on June 6, 2019, filed a
15  verified answer and counterclaims against Furia in response to
16  Furia's FAC;

17      WHEREAS, on Nov. 8, 2019, the Court granted a stipulation
18  and order that dismissed Susanne Marie McGrew as defendant and
19  dismissed with prejudice her counter-claims against Furia;

20      WHEREAS, on June 6, 2019, Hirsch filed a verified answer
21  and thereafter, as a result of motion practice, on Dec. 20,
22  2019, filed her verified first amended answer with additional
23  affirmative defenses, counterclaims and crossclaims against
24  Furia and McGrew (collectively, "First Amended Answer"). A
25  corrected version of Hirsch's First Amended Answer was filed on
26  Dec. 30, 2019;

27
                                                    Page 2
        AMENDED STIPULATION AND ORDER RELEASING TO RELEASE FUNDS TO PLAINTIFF
28                                              ANDREW FURIA

1   WHEREAS, through motion practice, Wells Fargo and Bank of
2   America intervened in Furia's action and, on Dec. 4, 2019, filed
3   interpleader complaints to deposit certain funds at issue into
4   the Court.  As a result of the interpleader complaints and
5   further motion practice, on January 2, 2020, Wells Fargo
6   deposited $20,049.27 and BofA deposited $203,364.69 into the
7   registry of this Court for a total of $223,413.96;

8   WHEREAS, on Dec. 7, 2019, Hirsch filed her answer along
9   with cross-claims against Furia and McGrew in response to Wells
10  Fargo and BofA's interpleader complaints (ECF 42; ECF 44);

11  WHEREAS, on May 6, 2020, BofA and Wells Fargo each filed
12  motions for discharge from liability, attorneys' fees and costs,
13  through which BofA seeks reimbursement for its fees in the
14  amount of $21,256.50 and its costs in the amount of $26.18, and
15  Wells Fargo seeks reimbursement for its fees in the amount of
16  $20,728.00 and its costs in the amount of $41.08 (the "Fees
17  Motions").  Collectively, BofA and Wells Fargo sought $42,051.76
18  in combined fees and costs;

19  WHEREAS, while BofA and Wells Fargo's Fees Motions were
20  pending, the Parties agreed to an immediate release to Furia of
21  all but $50,338.23 of the funds on deposit in the Court's
22  registry relating to the above-captioned matter and said funds
23  were disbursed to Furia pursuant to Court Order (ECF 120);

24  WHEREAS, on July 22, 2020, the Court granted the Fees
25  Motion and dismissed Wells Fargo and BofA, awarding $20,769.08
26  to Wells Fargo and $21,282.68 to BofA, for a total of $42,051.76

27
AMENDED STIPULATION AND ORDER RELEASING TO RELEASE FUNDS TO PLAINTIFF
28                                                        ANDREW FURIA

07685.2241/15874020.1

1   (ECF 123), but these fee awards have not yet been paid pursuant

2   to the Court's July 22, 2020 Order which states it will charge

3   the amounts to the responsible claimant when the claims are

4   finally resolved. The Court deferred its determination of the

5   allocation of the fee award until resolution of all claims

6   against the funds;

7      WHEREAS, of this $50,338.23, Hirsch claimed that $8,286.47

8   of the $50,338.23 was her sole property at the time her bank

9   account(s) were frozen, and Plaintiff disputes this claim;

10     WHEREAS, of the remaining $50,338.23 on deposit with the

11  Court registry, $8,286.47 was set aside and remains on deposit,

12  to be released according to the Court's final determination

13  after full adjudication of Furia and Hirsch's claims in this

14  action;

15     WHEREAS, Susanne Marie McGrew's default was entered on

16  September 20, 2020 (ECF 127);

17     WHEREAS, on August 10, 2021 the Court ordered that all

18  counterclaims brought by Hirsch against Furia be dismissed (ECF

19  138);

20     WHEREAS, the Parties agree that $8,286.47 shall be

21  immediately disbursed to Furia;

22     WHEREAS, all that shall remain of the principal on deposit

23  with the Court will be $42,051.76;

24     WHEREAS, the Parties agree that this Stipulation is not an

25  admission by any of the Parties hereto of any wrongdoing

26  whatsoever or of the validity of any claims against them.

27                                                        Page 4
    AMENDED STIPULATION AND ORDER RELEASING TO RELEASE FUNDS TO PLAINTIFF
28                                                     ANDREW FURIA

07685.2241/15874020.1

1    THEREFORE, Furia and Hirsch, by and through their

2  undersigned counsel of record, hereby stipulate, agree, and

3  request that the Court order that:

4        1.   Of the remaining $50,338.23 on deposit with the Court

5             registry, $8,286.47 shall be immediately distributed

6             to Furia from the Court's Registry.

7  IT IS SO STIPULATED.

8  Dated:  August 18, 2021          Dated:  August 18, 2021

9                                   Kerendian & Associates, Inc.,

10
   /S/ Timothy A. Charshaf, Esq.    /S/ Tom N. Tran, Esq.
11
   _____   _____
12 Timothy A. Charshaf, Esq.,       By:  Shab D. Kerendian, Esq.,
   Counsel for Plaintiff, Counter-       Tom N. Tran, Esq.
13 Defendant, and Cross-Defendant,  Counsel for Defendant,
   Andrew Furia.                    Counterclaimant, and Cross-
14                                  Claimant, Laurie Hirsch.

15

16

17

18

19

20

21

22

23

24

25

26
                                         _____
27                                              Page 5
   AMENDED STIPULATION AND ORDER RELEASING TO RELEASE FUNDS TO PLAINTIFF
28                                          ANDREW FURIA

   07685.2241/15874020.1

## <u>ORDER</u>

Pursuant to the foregoing Stipulation, it is hereby **ORDERED** that:

    2.   Of the remaining $50,338.23 on deposit with the Court registry, $8,286.47 shall be immediately distributed to Furia by the Court's Registry.


IT IS SO ORDERED.


Dated: 8/23/2021       /s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

AMENDED STIPULATION AND ORDER RELEASING TO RELEASE FUNDS TO PLAINTIFF ANDREW FURIA

07685.2241/15874020.1