```
Timothy A. Charshaf, Esq. (CA SBN 139873)
950 Iron Point Road, Suite 210
Folsom, California 95630
Telephone: (530) 903-4255
Facsimile: (916) 251-2902

Attorney for Plaintiff
And Counter-defendant
ANDREW FURIA
```

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO BRANCH

| | |
|---|---|
| ANDREW FURIA, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>SUSANNE MARIE MCGREW, an individual; LAURIE HIRSCH, an Individual; PURHYDRO, LLC, a Nevada corporation; WELLS FARGO BANK, NATIONAL ASSOCIATION; BANK OF AMERICA, NATIONAL ASSOCIATION; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION and DOES 1 through 50, inclusive,<br><br>    Defendants.<br>_____<br><br>AND RELATED COUNTERCLAIM AND CROSSCLAIMS | CASE NO.: 2:19-CV-00942-JAM-KJN<br><br>STIPULATION AND ORDER RELEASING TO RESET PRETRIAL AND TRIAL DATES |

Page 1
STIPULATION AND ORDER RELEASING TO RESET PRETRIAL AND TRIAL DATES

STIPULATION

Plaintiff, counter-defendant, and cross-defendant, ANDREW FURIA ("Furia"), and defendant, counterclaimant, and cross-claimant, LAURIE HIRSCH ("Hirsch"), (collectively, "Parties"), by and through their respective counsel of record, hereby enter into the stipulation below with reference to the following facts and request that the Court enter an order in conformance with the stipulation:

WHEREAS, on May 1, 2019, Furia filed a verified first amended complaint ("FAC") in California state court against, among others, Susanne Marie McGrew and Hirsch in an effort to recover certain funds in the amount of $324,918.27, which Furia claims belong to him;

WHEREAS, on May 23, 2019, McGrew removed Furia's action to this federal court and thereafter, on June 6, 2019, filed a verified answer and counterclaims against Furia in response to Furia's FAC;

WHEREAS, on Nov. 8, 2019, the Court granted a stipulation and order that dismissed Susanne Marie McGrew as defendant and dismissed with prejudice her counter-claims against Furia;

WHEREAS, on June 6, 2019, Hirsch filed a verified answer and thereafter, as a result of motion practice, on Dec. 20, 2019, filed her verified first amended answer with

additional affirmative defenses, counterclaims and crossclaims against Furia and McGrew (collectively, "First Amended Answer"). A corrected version of Hirsch's First Amended Answer was filed on Dec. 30, 2019;

WHEREAS Defendant Purhydro, LLC has defaulted and a default judgment against said defendant has been entered in this matter;

WHEREAS Cross-Defendant, Susanne Marie McGrew, has defaulted and thus, on September 23, 2020, default was entered against McGrew on Hirsch's crossclaims against McGrew;

WHEREAS Defendant JPMORGAN CHASE BANK, NATIONAL ASSOCIATION has been dismissed;

WHEREAS Defendants WELLS FARGO BANK, NATIONAL ASSOCIATION; BANK OF AMERICA, NATIONAL ASSOCIATION have been discharged;

WHEREAS, THE Court set a February 4, 2022 Pretrial Conference date and a March 28, 2022 Trial date;

WHEREAS, due to technical computer related issues, the Parties did not timely file a Joint Pretrial Conference Statement and the Court vacated the dates set forth immediately above and required the parties to coordinate the selection of new Pretrial and Trial dates with Court's Courtroom Deputy;

WHEREAS, the Parties did coordinate the selection of new Pretrial and Trial dates with Court's Courtroom Deputy and have selected new dates for submission to the Court;

THEREFORE, Furia and Hirsch, by and through their undersigned counsel of record, hereby stipulate, agree, and request that the Court order that:

1. Pretrial Conference is set for April 22, 2022 at 10:00 a.m. in Courtroom 6, 14th Floor, Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA 95814;

2. Trial is set for June 13, 2022 at 9:00 a.m. in Courtroom 6, 14th Floor, Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA 95814.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  February 2, 2022 | Dated:  February 2, 2022 |
| | Kerendian & Associates, Inc., |
| /S/ Timothy A. Charshaf, Esq. | /S/ Tom N. Tran, Esq. |
| _____ | _____ |
| Timothy A. Charshaf, Esq., Counsel for Plaintiff, Counter-Defendant, and Cross-Defendant, Andrew Furia. | By:  Shab D. Kerendian, Esq., Tom N. Tran, Esq. Counsel for Defendant, Counterclaimant, and Cross-Claimant, Laurie Hirsch. |

Page 4
STIPULATION AND ORDER RELEASING TO RESET PRETRIAL AND TRIAL DATES

ORDER

Pursuant to the foregoing Stipulation, it is hereby ORDERED that:

1. Pretrial Conference is set for April 22, 2022 at 10:00 a.m. in Courtroom 6, 14th Floor, Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA 95814;

2. Trial is set for June 13, 2022 at 9:00 a.m. in Courtroom 6, 14th Floor, Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA 95814.

IT IS SO ORDERED.

Dated: February 14, 2022        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND ORDER RELEASING TO RESET PRETRIAL AND TRIAL DATES