Timothy A. Charshaf, Esq. (CA SBN 139873)
950 Iron Point Road, Suite 210
Folsom, California 95630
Telephone: (530) 903-4255
Facsimile: (916) 251-2902

Attorney for Plaintiff
ANDREW FURIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO BRANCH

| | |
|---|---|
| ANDREW FURIA, an individual,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>SUSANNE MARIE MCGREW, an individual; LAURIE HIRSCH, an Individual; PURHYDRO, LLC, a Nevada corporation; WELLS FARGO BANK, NATIONAL ASSOCIATION; BANK OF AMERICA, NATIONAL ASSOCIATION; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION and DOES 1 through 50, inclusive,<br><br>　　Defendants.<br>_____<br><br>AND RELATED COUNTER-CLAIM | CASE NO.: 2:19-CV-00942-JAM-KJN<br><br>STIPULATION AND ORDER WAIVING JURY TRIAL<br><br>Trial Date:　June 13, 2022<br>Time:　　　　8:30 a.m.<br>Ct. Room:　　6, 14th Floor |

STIPULATION AND ORDER WAIVING JURY TRIAL

Page 1

## STIPULATION

Plaintiff, counter-defendant, and cross-defendant, Andrew Furia ("Furia"), defendant, counterclaimant, and cross-claimant, Laurie Hirsch ("Hirsch"), (collectively, "Remaining Parties")[1] by and through their respective counsel of record, hereby enter into the stipulation below with reference to the following facts and request that the Court enter an order in conformance with the stipulation:

WHEREAS, on May 1, 2019, Furia filed a verified first amended complaint ("FAC") in California state court against, among others, Susanne Marie McGrew and Hirsch in an effort to recover certain funds in the amount of $324,918.27, which Furia claims belong to him. The FAC asserted causes of action for conversion, civil conspiracy and RICO civil conspiracy;

WHEREAS, on May 23, 2019, McGrew removed Furia's action to this federal court and thereafter, on June 6, 2019, filed a verified answer and counterclaims against Furia in response to Furia's FAC;

WHEREAS, on Nov. 8, 2019, the Court granted a stipulation and order that dismissed Susanne Marie McGrew

---

[1] All other named parties have been dismissed, have had default judgment entered, or default entered.

STIPULATION AND ORDER WAIVING JURY TRIAL

Page 2

as defendant and dismissed with prejudice her counter-claims against Furia;

WHEREAS, on June 6, 2019, Hirsch filed a verified answer and thereafter, as a result of motion practice, on Dec. 20, 2019, filed her verified first amended answer with additional affirmative defenses, counterclaims and crossclaims against Furia and McGrew (collectively, "First Amended Answer"). A corrected version of Hirsch's First Amended Answer was filed on Dec. 30, 2019;

WHEREAS, one or more of the Remaining Parties had previously requested a jury trial and that request was affirmed by the Court in its Pretrial Conference Order (ECF #161);

WHEREAS, the Remaining Parties now waive any right to a jury trial in this matter.

THEREFORE, the Remaining Parties, by and through their undersigned counsel of record, hereby stipulate, agree, and request that the Court order that:

1. Hirsch and Furia hereby waive any right to a jury trial in the above captioned matter.

//
//
//
//

STIPULATION AND ORDER WAIVING JURY TRIAL

Page 3

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  June 8, 2022 | Dated:  June 8, 2022 |
| /s/ Timothy A. Charshaf, Esq. | Kerendian & Associates, Inc., |
| _____ | /s/ Shab D. Kerendian, Esq. |
| Timothy A. Charshaf, Esq., Counsel for Plaintiff, Counter-Defendant, and Cross-Defendant, Andrew Furia. | By:  Shab D. Kerendian, Esq., Tom N. Tran, Esq. Counsel for Defendant, Counterclaimant, and Cross-Claimant, Laurie Hirsch. |

STIPULATION AND ORDER WAIVING JURY TRIAL

Page 4

ORDER

Pursuant to the foregoing Stipulation, it is hereby ORDERED that:

1. Jury trial is waived by Plaintiff, counter-defendant, and cross-defendant, Andrew Furia, and by defendant, counterclaimant, and cross-claimant, Laurie Hirsch.

IT IS SO ORDERED.

DATED: June 9, 2022        /s/ John A. Mendez
                           THE HONORABLE JOHN A. MENDEZ
                           UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND ORDER WAIVING JURY TRIAL